## BRIGHAM vs. PORT ROYAL AND AUGUSTA RAILWAY.

1. The Port Royal and Augusta Railway Company is a domestic corporation, created by the laws of this state. 72 *Ga.*, 423.
2. Service of garnishment on a domestic corporation, whose president resides in this state, must be upon the president, and cannot be effected upon a subordinate officer or agent, though the president be temporarily absent. 60 *Ga.*, 552.

December 2, 1884.

BLANDFORD, Justice.

Brigham sued out a summons of garnishment, directed to the Port Royal and Augusta Railway Company, and it was served by serving an agent of the company in Richmond county, though it appeared that the president resided in Chatham county. On this state of facts, the court, on motion, dismissed the garnishment, and plaintiff excepted.]